# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

149043(85)

LINDA C. HODGE,
      Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
*Justices*

SC: 149043
COA: 308723
Wayne CC: 10-012109-AV

      On order of the Chief Justice, the motion of amicus curiae Auto Club Insurance Association for leave to formally appear at oral argument and sit at counsel table with the attorney for defendant-appellee to answer questions, if any, of the Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015

